UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHANCEY D. HOWARD,<br><br>        Plaintiff,<br><br>  vs.<br><br>BENTON COUNTY JAIL, C/O JOE HORTON, C/O JOE PEREZ, HEARING OFFICER RUNGE and HEARING OFFICER PETERS,<br><br>        Defendants. | NO.  CV-06-5010-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT<br><br>**1915(g)** |

    Magistrate Judge Imbrogno filed a Report and Recommendation on August 15, 2006, recommending Mr. Howard's complaint be dismissed without prejudice due to noncompliance with Fed. R. Civ. P. 11(a) and for failure to state a claim under *Heck v. Humphrey*, 512 U.S. 477, 481 (1994).  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

    Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma*

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT -- 1

*pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this ___27th___ day of September 2006.

s/ Fred Van Sickle
FRED VAN SICKLE
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT -- 2